IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17 MJ 9011 |
| | ) | |
| Plaintiff, | ) | MJ WILLIAM H. BAUGHMAN |
| | ) | |
| -vs- | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | **MOTION TO APPOINT** |
| | ) | **COUNSEL** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Now comes the Defendant, Phillip R. Durachinsky, by and through undersigned counsel, Ronald L. Frey, of The Frey Law Firm, LLC, and in supplementation to the previously filed Motion to Withdraw (Doc. No. 34), incorporated herein by reference, respectfully requests that substitute counsel be appointed. An executed Financial Affidavit is attached hereto as Exhibit A.

        Respectfully submitted,

        /s/ Ronald L. Frey
        RONALD L. FREY (0078180)
        Counsel for Defendant
        THE FREY LAW FIRM, LLC
        600 Superior Ave. E #1300
        Cleveland, OH 44114
        (844) 766-3739
        RF@FreyLegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Appoint Counsel has been served via ECF delivery this 9th day of January 2018, to Daniel J. Riedl Esq., Assistant United States Attorney, at Daniel.Riedl@usdoj.gov, and to all parties indicated on the electronic filing receipt.

        /s/ Ronald L. Frey
RONALD L. FREY
Counsel for Defendant